IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00291-01-CR-W-BCW |
| | ) | |
| VINCENT K. BRAY, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 14, 2020, the Grand Jury returned a one-count Indictment charging that on or about March 31, 2020, the Defendant Vincent K. Bray, knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
     Government: Jess Michaelsen and Sarah Rasalam
         Case Agent: Special Agent Trisha Dewet, FBI
     Defense: Carie Allen and a potential second chair
         Investigator: Ashley Plowden and Paralegal: Sandy Schnack

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
     Government: 5 with stipulations; 7-8 without stipulations
     Defendant: not more than 3 witnesses, including the Defendant

**TRIAL EXHIBITS:**
     Government: approximately 100 exhibits (a majority are photographs)
     Defendant: approximately 10 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
     ( ) Definitely for trial; ( ) Possibly for trial; (x) Likely a plea will be worked out

**TRIAL TIME: 2-3 days total**
    Government's case including jury selection: 1 day(s)
    Defendant:1 ½ day(s)

**STIPULATIONS**: Government proposed two stipulations regarding prior convictions and interstate nexus.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: Proposed Witness List and Exhibit Lists filed 8/30/21 **Updated list(s) due on or before September 7, 2021.**
        Defendant: None filed. **Due on or before September 7, 2021**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before September 15, 2021.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before September 15, 2021.**

The Government has filed the following notices:

| 08/30/2021 | view27 | NOTICE of filing *Government's Notice of Expert Witnesses* by USA as to Vincent K Bray (Michaelsen, Jess) (Entered: 08/30/2021) |
|---|---|---|
| 08/30/2021 | view28 | NOTICE of filing *Government's Notice of Intent to Offer a Prior Conviction Pursuant to Federal Rule of Evidence 404(b)* by USA as to Vincent K Bray (Michaelsen, Jess) (Entered: 08/30/2021) |

**TRIAL SETTING**: Criminal jury trial docket set for September 20, 2021.

    **Please note:** The Government requests that the matter start on Tuesday, September 21, 2021, or on the second week as the testifying officer is out of town. Defense counsel prefers the first week.

    **IT IS SO ORDERED**

                                                  */s/ Lajuana M. Counts*
                                                  LAJUANA M. COUNTS
                                                  UNITED STATES MAGISTRATE JUDGE